Dennis L. Wilson (Bar No. 155407)
dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
dcaplan@kmwlaw.com
Christian C. Dowell (Bar No. 241973)
cdowell@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
SUMMIT ENTERTAINMENT, LLC

FILED
2009 NOV 24 A 11: 04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMMIT ENTERTAINMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-10, <br><br> Defendants. | Case No.: CV 09-80307 MISC JF HRL<br><br>**REQUEST TO ISSUE CIVIL SUBPOENA PURSUANT TO 17 U.S.C. § 512 (h)** |

Pursuant to 17 U.S.C. § 512(h), SUMMIT ENTERTAINMENT, LLC. hereby requests that the Court issue a civil subpoena in the form of the subpoena provided herewith, to identify all information, including documents and electronic files, sufficient to identify the name or names and address or addresses of the individual who uploaded the file to:

http://www.youtube.com/index?ytsession=WyvjGgdJLcpWFd2su9kZ7TeFDHJdA_n9LG9SGlOup4bFeJxqOy6iO0OY5QopFVcbeOOP-552gTI_DYBSeF9lZlCbR2Yblmffwj1TID5dybDkP11bzb_XOqdLwqLv4PcnduxNWqF6SngrMHcyXbjr5Hf7pBCwTByKd6EfQjQKdbfOlNi56ybXjz_YFHHs0du14a4Hb6IY89dk8sNVeFUGAVPG2yDui3tZwmtkrRfkS_ThEOp8STb8LeINakZMmqLOGNI-a2hhcaqkgO2y4_mXm5zVSS9O4cCaNj6gOIqoN_E.

This individual has distributed a copy of a video clip which infringes Summit Entertainment, LLC's rights in the motion picture The Twilight Saga: New Moon. Pursuant to 17 U.S.C. § 512(h), Summit Entertainment, LLC is lodging herewith the subpoena and the sworn declaration of Christian C. Dowell.

Dated: November 23, 2009

By: _____/s/_____
Dennis L. Wilson
Keats McFarland & Wilson LLP
Attorney for Plaintiff
Summit Entertainment, LLC